United States District Court
Southern District of Texas
**ENTERED**
September 07, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARSHALL TODD WARD, Inmate #380322, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-21-2649 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, et al., | § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE.**

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 7th day of September, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE